UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| WILLIAM CECIL THORTON, | Civil No. 11-cv-0338-IEG (POR) |
|---|---|
| Petitioner, | |
| v. | **ORDER DENYING PETITIONER'S MOTION FOR ORDER OF UNLIMITED PRO PER PRIVILEGES AND NO PHOTOCOPYING LIMIT** |
| EUKETA OLIVER, | |
| Respondent. | **[ECF No. 7]** |

On February 17, 2011, Petitioner William Cecil Thorton ("Petitioner"), a state prisoner proceeding *pro se* and *in forma pauperis*, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. (ECF No. 1.) On February 23, 2011, the Honorable Irma E. Gonzalez dismissed the Petition without prejudice and with leave to amend. (ECF No. 3.) On March 23, 2011, Petitioner filed the instant Motion for Order of Unlimited Pro Per Privileges and No Photocopying Limit. (ECF No. 7.) In order to comply with this Court's order and file an Amended Petition for Writ of Habeas Corpus, Petitioner claims he needs to photocopy over one hundred pages of exhibits, including handwritten letters to Respondent Euketa Oliver and various documents from the state courts. He contends the California Department of Corrections and Rehabilitation has thwarted his ability to fully litigate his Petition by limiting the number of pages he may photocopy per legal filing. However, the Court notes Petitioner filed a First Amended Petition for Writ on Habeas Corpus on March 18, 2011. (ECF No. 4.) His First Amended Petition includes over one hundred pages of exhibits. Thus, it does not appear that his alleged limited access to photocopying

has impaired his ability to litigate his Petition at this time. At present, no further briefing is required of Petitioner. Accordingly, Petitioner's motion is hereby DENIED without prejudice.

IT IS SO ORDERED.

DATED: March 30, 2011

LOUISA S PORTER
United States Magistrate Judge

cc:    The Honorable Irma E. Gonzalez
       All parties