UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM CECIL THORNTON,<br><br>                              Petitioner,<br><br>   v.<br><br>MATTHEW CATE, Secretary, et al.,<br><br>                              Respondents. | Civil No.    11cv338-CAB(DHB)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION [Doc. No. 75] AND DENYING SECOND AMENDED PETITION [Doc. No. 42]** |

On February 17, 2011, Petitioner William Cecil Thornton ("Petitioner"), a state prisoner proceeding *pro se* and *in forma pauperis*, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, [Doc. No. 1.] On September 29, 2011, Petitioner filed a Second Amended Petition. [Doc. No. 42.] On March 7, 2012, Magistrate Judge Louisa Porter issued a Report and Recommendation ("Report") recommending that the Petition be denied. [Doc. No. 75.] The Report also ordered that any objections were to be filed by April 6, 2012. [*Report* at 29.]    On April 2, 2012, Petitioner filed a motion for an extension of time to file objections. [Doc. No. 78.] The motion was granted and Petitioner was given until May 6, 2012 to file an objection. [Doc. No. 80.]¹ On April 18, 2012, Petitioner filed a second motion for extension of time to file an objection. [Doc. No. 83.] That motion was also granted and Petitioner was given until June 5, 2012 to file an objection.  To date, no objection has been filed, nor

---

¹ On April 4, 2012, Petitioner also filed a motion to stay and abey the Petition. [Doc. No. 79.] On April 5, 2012, the case was transferred to Magistrate Judge David H. Bartick. [Doc. No. 81.] On May 29, 2012, Magistrate Judge Bartick issued a Report and Recommendation recommending that the Court deny Petitioner's motion to stay and abey. [Doc. No. 86.] On September 4, 2012, this Court adopted Judge Bartick's report and recommendation and denied the motion to stay and abey. [Doc. No. 88.]

have there been any additional requests for an extension of time in which to file an objection.

A district court's duties concerning a magistrate judge's report and recommendation and a respondent's objections thereto are set forth in Rule 72(b) of the Federal rules of Civil Procedure and 28 U.S.C. § 636(b)(1).  When no objections are filed, the district court is not required to review the magistrate judge's report and recommendation.  The Court reviews *de novo* those portions of the Report and Recommendation to which objections are made. 28 U.S.C. § 636(b)(1). The Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id*. However, "[t]he statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo if objection is made, but not otherwise." *United States v. Reyna–Tapia*, 328 F.3d 1114, 1121 (9th Cir.2003) (en banc) (emphasis in original). "Neither the Constitution nor the statute requires a district judge to review, de novo, findings and recommendations that the parties themselves accept as correct." *Id*.

The Court, therefore, accepts Judge Porter's recommendation, and **ADOPTS** the Report [Doc. No. 75] in its entirety.  For the reasons stated in the Report, which is incorporated herein by reference, the Court **DISMISSES** the Second Amended Petition [Doc. No. 42]  **WITH PREJUDICE**.

Moreover, because the Court does not believe that reasonable jurists would find the Court's assessment of the constitutional claims debatable or wrong it **DECLINES** to issue a Certificate of Appealability.  *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

DATED:  September 4, 2012

_____
**CATHY ANN BENCIVENGO**
United States District Judge